David A. Cortman, GA Bar No. 188810*
dcortman@adflegal.org
Ryan J. Tucker, AZ Bar No. 034382*
rtucker@adflegal.org
Jeremiah J. Galus, AZ Bar No. 030469*
jgalus@adflegal.org
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020o

Julie Blake, DC Bar No. 998723*
jblake@adflegal.org
Andrea Dill, DC Bar No. 1719500*
adill@adflegal.org
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690

Dean R. Broyles, Esq., CA Bar No. 179535
dbroyles@nclplaw.org
NATIONAL CENTER FOR LAW & POLICY
539 West Grand Ave.
Escondido, CA 92025
(760) 747-4529

Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@faith-freedom.com
Julianne Fleischer, Esq. CA Bar No. 337006
jfleischer@faith-freedom.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
(951) 600-2733

*Admitted Pro Hac Vice
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHURCH OF COMPASSION**, a California Non-Profit Corporation, **DAYSPRING CHRISTIAN LEARNING CENTER**, a subsidiary of the CHURCH OF COMPASSION;<br><br>Plaintiffs,<br><br>vs.<br><br>**KIM JOHNSON**, in her official capacity as the Director of the California Department | Case No.:  3:23-cv-00470-AGS-WVG<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:        June 30, 2023<br>Time:        2:00 p.m.<br>Courtroom:    5C |

1

of Social Services; **JESSIE ROSALES**, in his official capacity as the Chief of the Child and Adult Care Food Programs, a division of the California Department of Social Services; **SEAN HARDIN**, in his official capacity as the Acting Chief of the Child and Adult Care Food Programs, a division of the California Department of Social Services; **THOMAS VILSACK**, in his official capacity as Secretary of the U.S. Department of Agriculture; and **UNITED STATES DEPARTMENT OF AGRICULTURE**.

Defendants.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT**, on June 30, 2023, at 2:00 p.m., or as soon as thereafter as the matter may be heard before the Honorable Andrew G. Schopler in Courtroom 5C of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, Plaintiffs Church of Compassion and Dayspring Christian Learning Center will, and hereby do, move for a preliminary injunction (1) ordering Defendants to reinstate Plaintiffs' Food Program Agreement effective December 29, 2022, (2) delaying the effective date of USDA's SOGI Rule under 5 U.S.C. § 705, and (3) prohibiting enforcement or implementation of both USDA's and CDSS's SOGI Rules against Plaintiffs during the pendency of this action.

The Motion is supported by this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the concurrently filed Declaration of Ronald Wade, the Verified First Amended Complaint, and all pleadings, and papers on file in this action, any oral argument that may be requested at the time of the hearing, and any other material the Court determines is relevant.

Dated: June 2, 2023

Respectfully submitted,

ALLIANCE DEFENDING FREEDOM


/s/Jeremiah J. Galus
Jeremiah J. Galus*
Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION