**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHURCH OF COMPASSION**, a California Non-Profit Corporation, **DAYSPRING CHRISTIAN LEARNING CENTER**, a subsidiary of the CHURCH OF COMPASSION;<br><br>         Plaintiffs,<br><br>    vs.<br><br>**KIM JOHNSON**, in her official capacity as Director of the California Department of Social Services; **JESSIE ROSALES**, in his official capacity as Chief of the Child and Adult Care Food Programs, a division of the California Department of Social Services; **SEAN HARDIN**, in his official capacity as Acting Chief of the Child and Adult Care Food Programs, a division of the California Department of Social Services; **THOMAS VILSACK**, in his official capacity as Secretary of the U.S. Department of Agriculture; and **UNITED STATES DEPARTMENT OF AGRICULTURE**.<br><br>         Defendants. | Case No.: 3:23-cv-00470-AGS-WVG<br><br>**DECLARATION OF RONALD WADE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

## **DECLARATION OF RONALD WADE**

I, Ronald Wade, state the following:

1. I am a citizen of the United States and a resident of the State of California. I am competent to make this declaration and I make this declaration based on my personal knowledge.

2. I am the Pastor and Chief Executive Officer of the Church of Compassion (the "Church").

3. The Church is a non-denominational Christian Church.

4. The Church is a California non-profit corporation organized exclusively for religious purposes.

5. The Church owns and operates Dayspring Christian Learning Center ("Dayspring"). Dayspring is a Christian preschool and daycare program that is licensed to serve up to 112 children in the community.

6. The Church and Dayspring are located in El Cajon, California.

7. The Church and Dayspring believe and follow Christian teachings.

8. The Church and Dayspring believe that the Bible is the infallible, inerrant word of God and that they are obligated to believe and obey the Bible's teachings.

9. The Church and Dayspring believe that the Bible commands the Church and Dayspring to love their neighbors as themselves.

10. The Church and Dayspring maintain biblical beliefs and practices regarding human sexuality. The Church and Dayspring believe that God created and designed men and women in His image, as male and female, and that human sexuality is defined and determined by God—not emotions or feelings.

11. The Church and Dayspring also believe that God loves everyone, and that God wants everyone to know Him and have a personal relationship with Him through Jesus Christ. Thus, Dayspring's overarching goal is to introduce each child to a lasting relationship with Jesus Christ.

12. The Church and Dayspring also believe that God has commanded and called Christians to love all people, even those who disagree with their religious beliefs—including their beliefs about human sexuality.

13. The Church and Dayspring's Christian beliefs teach and compel them to welcome all families and children, to treat every student with dignity and respect, and to never turn away a hungry child.

14. Dayspring welcomes all families who understand and agree to participate in its faith-based program where Christian beliefs and values, including love, are inculcated and experienced.

15. Dayspring does not discriminate against children based on the gender identity or the sexual orientation of student family members. In fact, there are several LGBTQ+ families whose children attend Dayspring. These families understand and appreciate the Christian education their children are receiving at Dayspring.

16. However, the Church and Dayspring follow their religious beliefs—including those about human sexuality—in interactions with students and employees. This includes all aspects of Dayspring's internal operations, including restroom usage, dress codes, hiring, curricula, activities, and daily conversations.

17. Dayspring maintains sex-separated bathrooms and dress codes for boys and girls based on their biological differences and cannot agree to use any child or employee's "preferred" pronouns that do not correspond to biological sex.

18. The Church and Dayspring also exercise their religious beliefs by only hiring persons who share and live out their religious beliefs, including their beliefs about human sexuality.

19. To be clear about its religious nature and purpose, the Church provides a public Statement of Faith on its website and describes itself on the "About" page of its website as a "church that is Spirit Filled, centered upon the Word of God and is family oriented." Dayspring's website describes Dayspring as the "Child Development Center of Church of Compassion" and links to the Church's website.

20. Dayspring's employee handbook also includes the Church and Dayspring's statement of faith and clearly lays out the Christian religious beliefs and practices inculcated at Dayspring. A true and correct copy of Dayspring's employee handbook is attached as Exhibit A to the Verified First Amended Complaint.

21. Dayspring teachers are required to subscribe to a similar statement of faith, and they have religious and theological teaching responsibilities, including reading and explaining Bible stories to students.

22. During chapel services at Dayspring, teachers lead the students in Christian songs worshipping God and also pray with the students.

23. Parents who choose to send their children to Dayspring are on notice and understand that Dayspring is affiliated with the Church and is operated as a Christian program. Parents are provided with a parent handbook which includes Dayspring's articles of faith and mission statement. A true and correct copy of Dayspring's parent handbook is attached as Exhibit B to the Verified First Amended Complaint.

24. Parents of Dayspring students are informed that Dayspring students will be taught:

> The Bible is the Sovereign Word of God. Jesus Christ is the Son of God, born of the virgin Mary. Jesus died to atone for our sins. Jesus rose on the third day, lives today, and is coming again to receive those that believe and wait for His return. Salvation is obtained by grace alone through faith. The Holy Trinity includes the Father, the Son, and the Holy Spirit.

25. The Church and Dayspring also exercise their religious beliefs by providing education and nutritious meals to children and through expressing religious messages during their school activities.

26. El Cajon, California, where the Church and Dayspring are located, is home to a large immigrant community. Many community members are from Syria, Iraq, and Mexico, among other nations. Approximately 28% of El Cajon's residents were not born in the United States, and the median income in El Cajon is comparatively lower than in other areas of California, with approximately 19% of the population living below the poverty level.

27. The Church and Dayspring have been consistently, humbly, and compassionately loving their neighbors by identifying and meeting the spiritual, educational, and physical needs of their community for more than two decades.

28. One way the Church and Dayspring have done this is through participation in the Child and Adult Care Food Program ("Food Program").

29. The Food Program is a federal program that provides reimbursements for nutritious meals and snacks to eligible children and adults who are enrolled for care at participating childcare centers, day care homes, and adult day care centers. The Food Program also provides reimbursements for meals served to children and youth participating in afterschool care programs, children residing in emergency shelters, and adults over the age of 60 or living with a disability and enrolled in day care facilities.

30. The United States Department of Agriculture (USDA) administers the Food Program nationwide, providing funding to states. The California Department of Social Services (CDSS) administers the program in California.

31. Because an essential part of the Church and Dayspring's religious mission is to educate and love every child, they are committed to feeding their students, many of whom qualify for federal food aid.

32. The Church and Dayspring have participated in the Food Program for nearly 20 years, fulfilling the program's purpose by providing nutritious, healthy meals to children every day.

33. Approximately 40% of the students attending Dayspring qualify for free meals under the Food Program and may be receiving some form of tuition assistance. Dayspring's participation in the Food Program is especially important for these needy families and children.

34. Families rely on Dayspring to provide both physical and spiritual nourishment to their children, and Dayspring serves balanced, nutritious meals with love and kindness every day during the school year and summer.

35. The Church and Dayspring successfully participated in the Food Program, with no legal issues to speak of, for nearly twenty years, until 2022.

36. As a result of its participation in the Food Program, in 2022 for example, Dayspring received approximately $3,500 to $4,500 a month to help cover food-related costs for students in its daycare and preschool program.

37. To participate in the Food Program, the Church had to submit an annual application which included signing Civil Rights Compliance paperwork each year.

38. The Church and Dayspring completed the annual application and signed the Civil Rights Compliance paperwork each year with no issue until 2022.

39.     Before 2022, the Civil Rights Compliance paperwork contained a non-discrimination statement that did not include sexual orientation or gender identity.

40.     CDSS issued new compliance language in the "Assurance of Civil Rights Compliance," Permanent Single Agreement ("PSA") form, dated April 2022. A true and correct copy of this new form is attached as Exhibit H to the Verified First Amended Complaint.

41.     The new language required the Church and Dayspring to certify compliance with certain federal laws and regulations—including Title IX, the USDA nondiscrimination regulations, and "the USDA Food and Nutrition Service (FNS) directives and guidelines"—"to the effect that no person shall be discriminated against on the basis of . . . sex (including sexual orientation and gender identity)."

42.     Because of the Church and Dayspring's religious beliefs regarding human sexuality, and because the nondiscrimination requirement would apply to the Church and Dayspring's internal policies and employment decisions, the Church and Dayspring were unable to comply with the sexual orientation and gender identity ("SOGI") language when they submitted their application for the 2022-2023 Food Program.

43. Dayspring signed the application for the 2022-2023 Food Program but asked to remove the words "sexual orientation" and "gender identity" from the required nondiscrimination statement. A true and correct copy of Dayspring's Food Program application is attached as Exhibit I to the Verified First Amended Complaint.

44. In response, Jessie Rosales, Chief of the Food Program, a division of CDSS, sent a letter to the Church dated October 20, 2022 with the subject: NOTICE OF DENIAL OF APPLICATION AND DETERMINATION OF SERIOUS DEFICIENCY ("CDSS Notice"). A true and correct copy of this CDSS Notice is attached as Exhibit J to the Verified First Amended Complaint.

45. The CDSS Notice explained that the Church and Dayspring's application was denied because the Church and Dayspring did not agree to comply with the SOGI nondiscrimination provisions.

46. The CDSS Notice stated:

> While the Legislature strongly supports religious freedom, it has also explicitly stated that religious freedom should not be a justification for discrimination. . . . To that end, the Legislature enacted California Government Code sections 11135 and 11139.8, which prohibit discrimination based on gender identity and sexual orientation in any program or activity that is operated or administered by the State, is funded by the State, or receives State financial assistance.

9

47. The CDSS Notice then asserted that "the Church of Compassion's operation of the Food Program is in violation of State law and constitutes one or more serious deficiencies as specified in Section 226.6(c)(2)(ii) of Title 7 of the Code of Federal Regulations."

48. The CDSS Notice noted two specific "violations."

49. The first alleged "violation" was that the Church's application asked to modify the nondiscrimination language to exclude "gender identity" and "sexual orientation" from the definition of "sex."

50. The second alleged "violation" was that the Church and Dayspring ask their employees to agree with and abide by their religious beliefs about human sexuality.

51. The CDSS Notice said that the Church's "violations" constituted violations of state law—namely, California Government Code sections 11135 and 11139.8—and that the Church was "serious[ly] deficien[t]" under federal law for failing to "ensure compliance with civil rights requirements."

52. The CDSS Notice also stated that the Church's employment practices violated Title VII.

53. The CDSS Notice further stated that the Church and Dayspring's alleged "violations' show an "intent to discriminate against individuals based on sexual orientation and gender identity."

54. The CDSS Notice demanded that the Church and Dayspring take corrective action within fifteen days by: (1) signing the PSA with no edits, thereby agreeing to comply with the new SOGI nondiscrimination provisions; (2) attesting to compliance with "all applicable State and federal civil rights laws," "including, but not limited to, Government Code sections 11135 and 11139.8 and Title VII of the Civil Rights Act of 1964"; (3) no longer requiring employees to sign or abide by its staff handbook or any other policy not in compliance with the SOGI nondiscrimination provisions; and (4) providing CDSS with an updated copy of the Church's staff handbook.

55. If the Church and Dayspring refused to comply with all of these demands, CDSS threatened termination of the Church from the Food Program, disqualification of the Church from future Food Program participation, and placement of the Church and Dayspring on the "National Disqualified List."

56. The Church and Dayspring were kicked out of the Food Program for being unable to comply with those demands.

57. On November 4, 2022, the Church timely appealed CDSS's denial of its Food Program application. The appeal also was as a legal demand letter to CDSS, requesting that it immediately stop violating the Church and Dayspring's statutory and constitutional rights and immediately approve their application for Food Program funding. A true and correct copy of the Church and Dayspring's Appeal and Demand Letter is attached as Exhibit L to the Verified First Amended Complaint.

58. However, even before the Church and Dayspring had the chance to appeal, CDSS locked Dayspring out of access to the Child Nutrition Information and Payment System ("CNIPS") sometime in October 2022. This unannounced lockout occurred before the Church and Dayspring's fifteen-day response/appeal period elapsed (on November 4th) and well before the appeal was decided (on December 28th). CDSS then waited more than three weeks before correcting its error.

59. On December 28, 2022, Administrative Law Judge Sean Gavin dismissed the Church's appeal, holding that he did not have jurisdiction to decide the Church and Dayspring's constitutional challenges to the new SOGI nondiscrimination provisions. A true and correct copy of that ruling is attached as Exhibit M to the Verified First Amended Complaint.

60. On January 30, 2023, Sean Hardin, Acting Chief of the Food Program at CDSS, submitted a letter to the Church and Dayspring with the subject: 2022–23 APPLICATION DENIAL APPEAL DECISION LETTER FOR CNIPS ("CDSS Decision Letter"). A true and correct copy of the CDSS Decision Letter is attached as Exhibit N to the Verified First Amended Complaint.

61. In the CDSS Decision Letter, Sean Hardin affirmed CDSS's decision to deny the Church's 2022-2023 Food Program application, terminated the Church's agreement with CDSS to operate the Food Program effective December 29, 2023, and disqualified the Church from participation in the Food Program.

62. The Church and Dayspring's exclusion from the Food Program significantly burdens their ability to serve the hungry children in their community and follow their religious beliefs.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this _1_ day of June, 2023, in _EL Cajon_, California.

_____
Ronald Wade

13