| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | ROB BONTA<br>Attorney General of California<br>JENNIFER G. PERKELL<br>Supervising Deputy Attorney General<br>EMMANUELLE S. SOICHET (SBN 290754)<br>KATHERINE GRAINGER (SBN 333901)<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-4426<br>  Fax:  (415) 703-5843<br>  E-mail:  Emmanuelle.Soichet@doj.ca.gov<br>*Attorneys for the State Defendants*<br><br>BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>CARLOTTA WELLS<br>Assistant Branch Director<br>CODY T. KNAPP<br>Trial Attorney (NY Bar # 5715438)<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20005<br>Telephone: (202) 532-5663<br>Facsimile: (202) 616-8470<br>E-mail: cody.t.knapp@usdoj.gov<br>*Attorneys for the Federal Defendants* | David A. Cortman, GA Bar #188810<br>Ryan J. Tucker, AZ Bar #034382<br>Jeremiah J. Galus, AZ Bar #030469<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>E-mail: jgalus@adflegal.org<br><br>Dean R. Broyles, SBN 179535<br>dbroyles@nclplaw.org<br>National Center for Law & Policy<br>539 West Grand Ave.<br>Escondido, CA 92025<br>Telephone: (760) 747-4529<br><br>Mariah Gondeiro, SBN 323683<br>Julianne Fleischer, SBN 337006<br>Advocates for Faith & Freedom<br>25026 Las Brisas Road<br>Murrieta, California 92562<br>Telephone: (951) 600-2733<br><br>*Attorneys for Plaintiffs*<br>*(Additional counsel on next page)* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHURCH OF COMPASSION, a California Non-Profit Corporation, and DAYSPRING CHRISTIAN LEARNING CENTER, a subsidiary of the CHURCH OF COMPASSION,**<br><br>Plaintiffs,<br><br>v.<br><br>**KIM JOHNSON, in her official capacity as the Director of the California Department of Social Services, et al.,**<br><br>Defendants. | No. 23-CV-0470-AGS-WVG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANTS' RESPONSIVE PLEADING DEADLINE AND CONTINUING THE BRIEFING SCHEDULE AND HEARING DATE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Courtroom:  5C<br>Judge:        Hon. Andrew G. Schopler<br><br>Action Filed:     3/15/2023 |

1

1 Julie Blake, DC Bar #998723
2 Andrea Dill, DC Bar #1719500
  Alliance Defending Freedom
3 440 First Street NW, Suite 600
  Washington, DC 20001
4 Telephone: (202) 393-8690
5
6 *Attorneys for Plaintiffs*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 12-1, the undersigned counsel, on behalf of their respective clients, submit the following stipulation requesting that this Court continue the deadline for a responsive pleading deadline to 30 days following the Court's resolution of Plaintiff's motion for preliminary injunction, and continue the briefing schedule and hearing on Plaintiff's motion for preliminary injunction as set forth below.

THE PARTIES HEREBY STIPULATE TO THE FOLLOWING:

1. On April 10, 2023, counsel for the Plaintiffs and State Defendants met and conferred regarding waiver of service of summons of the complaint and a potential motion for preliminary injunction to be filed by Plaintiffs Church of Compassion and Dayspring Christian Learning Center (Plaintiffs).

2. During that conference, counsel for Defendants Kim Johnson, Jessie Rosales, and Sean Hardin (the State Defendants) informed Plaintiffs' counsel that the State Defendants agreed to waive service.

3. On April 10, 2023, Plaintiffs' counsel sent the State Defendants' counsel the summons, complaint, request for waiver, and waiver forms. State Defendants' counsel signed the waiver forms on behalf of each Defendant on April 19, 2023. As a result, the State Defendants' responsive pleading deadline for the initial complaint was June 9, 2023.

4. On June 2, 2023, Plaintiffs filed an amended complaint, adding as parties Defendants Thomas Vilsack, in his official capacity as Secretary of the U.S. Department of Agriculture, and the U.S. Department of Agriculture (the Federal Defendants), as well as a motion for preliminary injunction (Motion).

5. The parties wish to obtain the Court's ruling on Plaintiffs' Motion before Defendants' responses to the complaint are due. Thus, the parties agree to continue the State Defendants' responsive pleading deadline to 30 days following an order by the Court granting or denying the Motion. The parties anticipate that they will

stipulate to a similar responsive pleading deadline for the Federal Defendants once service of those Defendants has been confirmed.

6. In addition, to accommodate scheduling conflicts created by the State Defendants' counsel's upcoming vacation, the parties have further agreed to stipulate to the following schedule for the Motion, which is currently scheduled to be heard on June 30, 2023:

- Opposition to Motion due on or before July 7, 2023;
- Reply in support of Motion due on July 21, 2023; and
- Hearing on Motion on August 11, 2023 at 2:00 p.m.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: June 8, 2023 | Respectfully submitted, |
| 2 | ALLIANCE DEFENDING FREEDOM | ROB BONTA<br>Attorney General of California |
| 3 | | JENNIFER G. PERKELL<br>Supervising Deputy Attorney General |
| 4 | */s/Jeremiah J. Galus*<br>Jeremiah J. Galus | |
| 5 | *Attorney for Plaintiffs*<br>Email: jgalus@adflegal.org | */s/ Emmanuelle S. Soichet*<br>EMMANUELLE S. SOICHET |
| 6 | | KATHERINE GRAINGER<br>Deputies Attorney General |
| 7 | | *Attorneys for the State Defendants* |
| 8 | | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| 9 | | |
| 10 | | CARLOTTA WELLS<br>Assistant Branch Director<br>Federal Programs Branch |
| 11 | | |
| 12 | | */s/ Cody T. Knapp*<br>CODY T. KNAPP |
| 13 | | Trial Attorney (NY Bar # 5715438)<br>U.S. Department of Justice<br>Civil Division |
| 14 | | Federal Programs Branch<br>1100 L St. NW |
| 15 | | Washington, D.C. 20005<br>Telephone: (202) 532-5663 |
| 16 | | Facsimile: (202) 616-8470<br>E-mail: cody.t.knapp@usdoj.gov |
| 17 | | *Attorneys for the Federal Defendants* |

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING from the parties' foregoing Stipulation, the schedule for Plaintiffs' motion for preliminary injunction is as follows:

- Opposition brief due on or before July 7, 2023;
- Reply brief due on July 21, 2023; and
- Hearing on August 11, 2023 at 2 p.m.

In addition, the State Defendants' deadline to file a responsive pleading, currently scheduled for June 9, 2023, is continued to 30 days following an order by this Court on Plaintiffs' motion for preliminary injunction to be heard on August 11, 2023.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
HONORABLE ANDREW G. SCHOPLER

SF2022950090
43749829.docx