David A. Cortman, GA Bar No. 188810*
dcortman@adflegal.org
Ryan J. Tucker, AZ Bar No. 034382*
rtucker@adflegal.org
Jeremiah J. Galus, AZ Bar No. 030469*
jgalus@adflegal.org
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020

Julie Blake, DC Bar No. 998723*
jblake@adflegal.org
Andrea Dill, DC Bar No. 1719500*
adill@adflegal.org
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690

Dean R. Broyles, Esq., CA Bar No. 179535
dbroyles@nclplaw.org
NATIONAL CENTER FOR LAW & POLICY
539 West Grand Ave.
Escondido, CA 92025
(760) 747-4529

Mariah Gondeiro, Esq. CA Bar No. 323683
mgondeiro@faith-freedom.com
Julianne Fleischer, Esq. CA Bar No. 337006
jfleischer@faith-freedom.com
ADVOCATES FOR FAITH & FREEDOM
25026 Las Brisas Road
Murrieta, California 92562
(951) 600-2733

*Admitted Pro Hac Vice
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CHURCH OF COMPASSION**, a California Non-Profit Corporation, **DAYSPRING CHRISTIAN LEARNING CENTER**, a subsidiary of the CHURCH OF COMPASSION,<br><br>Plaintiffs,<br><br>vs.<br><br>**KIM JOHNSON**, in her official capacity as the Director of the California | Case No.: 3:23-cv-00470-AGS-WVG<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION** |

1

Plaintiffs' Notice of Withdrawal of Motion for Preliminary Injunction

| | |
|---|---|
| 1 | Department of Social Services; **JESSIE ROSALES**, in his official capacity as the Chief of the Child and Adult Care Food Programs, a division of the California Department of Social Services; **SEAN HARDIN**, in his official capacity as the Acting Chief of the Child and Adult Care Food Programs, a division of the California Department of Social Services; **THOMAS VILSACK**, in his official capacity as Secretary of the U.S. Department of Agriculture; and **UNITED STATES DEPARTMENT OF AGRICULTURE**. |
| | Defendants. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Church of Compassion and Dayspring Christian Learning Center hereby withdraw their pending Notice of Motion and Motion for Preliminary Injunction (ECF No. 17), Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction (ECF No. 17-1), and supporting Declaration of Ronald Wade (ECF No. 17-2) without prejudice. This withdrawal is to help facilitate ongoing, good faith negotiations between the parties to resolve the dispute between them without further court involvement.

1. Plaintiffs filed their Verified Complaint on March 15, 2023, and Verified First Amended Complaint on June 2, 2023.

2. Plaintiffs filed their Notice of Motion and Motion for Preliminary Injunction, Memorandum of Points and Authorities in Support of Motion for Preliminary Injunction, and supporting Declaration of Ronald Wade on June 2, 2023.

3. Plaintiffs' Motion for Preliminary Injunction argued that Defendants' sexual orientation and gender identity nondiscrimination rules ("SOGI Rules") for the Child

and Adult Care Food Program violate the Administrative Procedures Act and Plaintiffs' statutory and First Amendment rights. (*See* ECF No. 17-1 at 2.).

4.  The Motion sought a preliminary injunction ordering Defendants to reinstate Plaintiffs' Food Program Agreement effective December 29, 2022, and prohibiting enforcement of the SOGI Rules against Plaintiffs during the pendency of this action. (*See* ECF No. 17 at 2.).

5.  The parties have since engaged in settlement negotiations and are optimistic they can resolve this case without the need for further briefing or court involvement. As such, Plaintiffs withdraw their currently pending Motion for Preliminary Injunction and ask the Court to vacate the hearing set for August 11, 2023, at 2:00 pm.

6.  In withdrawing their Motion for Preliminary Injunction, Plaintiffs do not concede or waive any legal arguments. Rather, Plaintiffs withdraw their Motion based on Defendants' representations and the understanding that all parties will continue in good faith negotiations to resolve the entire case and that such a resolution would resolve any issues that prompted the filing of the Motion. Plaintiffs thus reserve the right to re-file their Motion for Preliminary Injunction if the parties cannot reach an agreement.

Dated: July 17, 2023                           Respectfully submitted,

ALLIANCE DEFENDING FREEDOM

/s/Jeremiah J. Galus
Jeremiah J. Galus*
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 17, 2023, service of the foregoing Plaintiffs' Notice of Withdrawal of Motion for Preliminary Injunction was made by way of the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: July 17, 2023              /s/Jeremiah J. Galus
                                          Jeremiah J. Galus
                                          Attorney for Plaintiffs