| | |
|---|---|
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br>CARLOTTA WELLS<br>Assistant Branch Director<br>CODY T. KNAPP<br>Trial Attorney (NY Bar # 5715438)<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20005<br>Telephone: (202) 532-5663<br>Facsimile: (202) 616-8470<br>E-mail: cody.t.knapp@usdoj.gov<br>*Attorneys for the Federal Defendants* | David A. Cortman, GA Bar #188810<br>Ryan J. Tucker, AZ Bar #034382<br>Jeremiah J. Galus, AZ Bar #030469<br>Alliance Defending Freedom<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>E-mail: jgalus@adflegal.org<br><br>Julie Blake, DC Bar #998723<br>Andrea Dill, DC Bar #1719500<br>Alliance Defending Freedom<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>Telephone: (202) 393-8690 |
| ROB BONTA<br>Attorney General of California<br>JENNIFER G. PERKELL<br>Supervising Deputy Attorney General<br>EMMANUELLE S. SOICHET (SBN 290754)<br>KATHERINE GRAINGER (SBN 333901)<br>Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-4426<br>Fax: (415) 703-5843<br>E-mail: Emmanuelle.Soichet@doj.ca.gov<br>*Attorneys for the State Defendants* | Dean R. Broyles, SBN 179535<br>dbroyles@nclplaw.org<br>National Center for Law & Policy<br>539 West Grand Ave.<br>Escondido, CA 92025<br>Telephone: (760) z747-4529<br><br>Mariah Gondeiro, SBN 323683<br>Julianne Fleischer, SBN 337006<br>Advocates for Faith & Freedom<br>25026 Las Brisas Road<br>Murrieta, California 92562<br>Telephone: (951) 600-2733<br><br>*Attorneys for Plaintiffs* |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHURCH OF COMPASSION, a California Non-Profit Corporation, DAYSPRING CHRISTIAN LEARNING CENTER, a subsidiary of the CHURCH OF COMPASSION,**<br><br>Plaintiffs,<br><br>**v.** | 3:23-cv-0470-AGS-WVG<br><br>**JOINT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** |

**KIM JOHNSON, in her official capacity as the Director of the California Department of Social Services, et al.,**

                 Defendants.

## JOINT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Plaintiffs Church of Compassion and Dayspring Christian Learning Center and Defendants Kim Johnson, Jessie Rosales, Sean Hardin, Thomas Vilsack, and the United States Department of Agriculture (the parties) jointly move the Court for an extension of time for defendants to file their responsive pleadings, which are currently due on November 1, 2023, following recent execution of a settlement agreement in this matter.

On October 11, 2023, Plaintiffs and Defendants Johnson, Rosales, and Hardin (State Defendants) executed a settlement agreement that requires State Defendants to reinstate Plaintiffs into the Child and Adult Care Food Program and that requires Plaintiffs, within 15 days of reinstatement, to voluntarily dismiss this lawsuit.

The State Defendants are currently waiting for ministerial removal of plaintiffs from the United States Department of Agriculture's national disqualified list, at which point Plaintiffs can be reinstated into the Program and dismiss this action. The parties therefore agree to extend Defendants' November 1, 2023 deadline to February 1, 2024.

### Conclusion

For the foregoing reasons, the parties respectfully request that this Court enter an order granting the parties' Joint Motion for an Extension to File Responsive Pleadings. A proposed order is attached.

| | | |
|---|---|---|
| 1 | Dated: November 1, 2023 | Respectfully submitted, |
| 2 | ALLIANCE DEFENDING FREEDOM | ROB BONTA<br>Attorney General of California |
| 3 | | JENNIFER G. PERKELL<br>Supervising Deputy Attorney General |
| 4 | */s/Jeremiah Galus*<br>Jeremiah Galus<br>Attorneys for Plaintiffs<br>Email: jgalus@adflegal.org | |
| 5 | | |
| 6 | | */s/ Emmanuelle Soichet*<br>EMMANUELLE S. SOICHET |
| 7 | | KATHERINE J. GRAINGER<br>Deputy Attorney General<br>*Attorneys for State Defendants* |
| 8 | | |
| 9 | | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| 10 | | |
| 11 | | CARLOTTA WELLS<br>Assistant Branch Director |
| 12 | | |
| 13 | | */s/ Cody T. Knapp*<br>CODY T. KNAPP<br>Trial Attorney (NY Bar # 5715438) |
| 14 | | U.S. Department of Justice<br>Civil Division |
| 15 | | Federal Programs Branch<br>1100 L St. NW |
| 16 | | Washington, D.C. 20005<br>Telephone: (202) 532-5663 |
| 17 | | Facsimile: (202) 616-8470<br>E-mail: cody.t.knapp@usdoj.gov |
| 18 | | *Attorney for the Federal Defendants* |
| 19 | | |
| 20 | SF2022950090 | |